Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC, | Civil Action No. 17-cv-1211TSZ |
| Plaintiff, | OBJECTION TO DEFENDANT SMITH'S SUBMISSION (DKT. 59) |
| v. | |
| EDWARD JILES;<br>MICHAEL SMITH;<br>BILLY JOE GAMBILL;<br>TSIMAFEI SHAPAVAL;<br>FAIMAFILI MIKA;<br>ROBERT BOVITZ; and<br>JONATHAN GARCIA, | |
| Defendants. | |

Plaintiff objects to Defendant Smith's submission of a Response to Plaintiff's Reply to the motion to dismiss (Dkt. #59). Defendant filed a 30 page "response" more than a month after the reply. This submission contains new assertions not permitted by the Local Rules, and further advances arguments that could be construed as evidence that is outside the pleadings and not permitted in a motion to dismiss. The arguments are also lacking in foundation. Although the submission is not a surreply under LR 7(g) because it is not an objection or motion to strike content of the reply, it would not otherwise comply with LR 7(g), *inter alia* because this filing (a) was not preceded by the required notice of intent to file a surreply (LR 7(g)(1)), (b) is untimely as not filed within five days of Plaintiff's reply brief and not strictly limited to addressing a request to strike

OBJECTION TO DEFENDANT SMITH'S
SUBMISSION (DKT. 59) - 1
Civil Action No. 17-cv-1211TSZ
INIP-6-0098P21 OBJ

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

and containing extraneous argument (LR 7(g)(2)), and (c) exceeds three pages. (LR 7(g)(3)). Plaintiff therefore objects and requests that it be stricken.

RESPECTFULLY SUBMITTED February 15, 2018.

                                                  s/ David A. Lowe, WSBA No. 24,453
                                                     Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES[PLLC]
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Plaintiff

OBJECTION TO DEFENDANT SMITH'S
SUBMISSION (DKT. 59) - 2
Civil Action No. 17-cv-1211TSZ
INIP-6-0098P21 OBJ

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system, and as follows via U.S. Mail:

>Michael Smith
>521 S. Yantic Ave
>Bremerton, WA 98312

s/ David A. Lowe

OBJECTION TO DEFENDANT SMITH'S
SUBMISSION (DKT. 59) - 3
Civil Action No. 17-cv-1211TSZ
INIP-6-0098P21 OBJ

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301