UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VENICE PI, LLC,

        Plaintiff,

  v.

MICHAEL SMITH,

        Defendant.

C17-1211 TSZ

ORDER

By Minute Order entered September 11, 2019, docket no. 76, the Court directed the parties to meet and confer and to file a Joint Status Report on or before October 2, 2019. The parties were advised that failure to file a Joint Status Report would constitute grounds for dismissal of defendant Michael Smith's counterclaims for declaratory judgment of non-infringement and abuse of process. Plaintiff's claims against defendant Smith having been previously dismissed, *see* Minute Order (docket no. 72), and no Joint Status Report having been filed, defendant Smith's counterclaims and this action are hereby DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Wallace v. Hinton*, 2000 WL 1728285 (9th Cir. Nov. 20, 2000) (affirming dismissal without prejudice for failure to timely file a joint status report (citing *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 132 (9th Cir. 1987))).

ORDER - 1

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record and to pro se defendant Michael Smith.

IT IS SO ORDERED.

Dated this 7th day of October, 2019.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER - 2